UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION

o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o

| | | |
|---|---|---|
| ZANWAT EQUIPMENT, LLC, | : | |
| Plaintiff, | : | 22-cv-4171 |
| v. | : | **NOTICE OF REMOVAL** |
| BOSS FEEDS, LTD, | : | |
| Defendants. | : | |
| | : | |

o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o

TO THE ABOVE-ENTITLED COURT:

Pursuant to 28 U.S.C. § 1446, Defendant, Boss Feeds, Ltd. ("Boss Feeds"), gives notice that it removes this case to the United States District Court for the District of South Dakota, Southern Division.

1. Plaintiff, Zanwat Equipment, LLC ("Zanwat"), has served a lawsuit against Defendant, Boss Feeds, Ltd., in the Third Judicial Circuit, Brookings County, South Dakota.

2. Zanwat is a limited liability company organized under the laws of South Dakota, with its principal place of business located in Aurora, Brookings County, South Dakota, and is a citizen of South Dakota under 28 U.S.C. § 1332.

3. Boss Feeds is a Canadian company with its principal place of business located in Cardston, Alberta, Canada, and is a citizen of Canada under 28 U.S.C. § 1332.

Notice of Removal

4. The amount in controversy in this matter exceeds $75,000, exclusive of interest and costs.

5. Because Zanwat is a citizen of South Dakota and Boss Feeds is a citizen of a foreign state and the amount in controversy, exclusive of interest and costs, exceeds $75,000, this Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1332(a)(2).

6. Removal is therefore proper under 28 U.S.C. § 1441(a) & (b).

7. On or about November 23, 2022, Zanwat served Boss Feeds with a Summons, Complaint, and Plaintiff's Interrogatories and Requests for Production of Documents to Boss Feeds, LTD (First Set), all dated November 1, 2022, copies of which are attached as Exhibit A. These documents constitute all process, pleadings, and orders served upon Boss Feeds.

8. This Notice of Removal is timely under 28 U.S.C. § 1446(b).

9. Accordingly, Boss Feeds seeks to remove this action from the Third Judicial Circuit, Brookings County, State of South Dakota, to the United States District Court for the District of South Dakota, Southern Division. This Notice of Removal is filed with the Court under 28 U.S.C. § 1446(a). This Notice of Removal will also be filed with the Clerk of the Third Judicial Circuit, Brookings County, and served on Zanwat as required by 28 U.S.C. § 1446(d).

WHEREFORE, Boss Feeds respectfully requests that all further proceedings be had as provided by the laws of the United States.

Notice of Removal

Dated this 15th day of December, 2022.

                              WOODS, FULLER, SHULTZ & SMITH P.C.

By  /s/ Tim R. Shattuck
   Tim R. Shattuck
   PO Box 5027
   300 South Phillips Avenue, Suite 300
   Sioux Falls, SD 57117-5027
   Phone (605) 336-3890
   Fax (605) 339-3357
   Email Tim.Shattuck@woodsfuller.com
   *Attorneys for Defendant*

JS 44 (Rev. 04/21)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
ZANWAT EQUIPMENT, LLC

### DEFENDANTS
BOSS FEEDS, LTD.

**(b)** County of Residence of First Listed Plaintiff: **Brookings**
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant: _____
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Paul W. Tschetter, David J. Hieb, Boyce Law Firm, L.L.P.
300 S. Main Ave., Sioux Falls, SD 57117-5015
(605)336-2424

Attorneys *(If Known)*
Tim R. Shattuck, Woods, Fuller, Shultz & Smith P.C., 300 S. Phillips Avenue, Ste. 300, Sioux Falls, SD 57105 (605) 336-3890

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- [ ] 1 U.S. Government Plaintiff
- [ ] 2 U.S. Government Defendant
- [ ] 3 Federal Question (U.S. Government Not a Party)
- [x] 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [x] 1 | [ ] 1 | Incorporated or Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated and Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [x] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| [ ] 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | [ ] 625 Drug Related Seizure of Property 21 USC 881 | [ ] 422 Appeal 28 USC 158 | [ ] 375 False Claims Act |
| [ ] 120 Marine | [ ] 310 Airplane | [ ] 365 Personal Injury - Product Liability | [ ] 690 Other | [ ] 423 Withdrawal 28 USC 157 | [ ] 376 Qui Tam (31 USC 3729(a)) |
| [ ] 130 Miller Act | [ ] 315 Airplane Product Liability | [ ] 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | **INTELLECTUAL PROPERTY RIGHTS** | [ ] 400 State Reapportionment |
| [ ] 140 Negotiable Instrument | [ ] 320 Assault, Libel & Slander | | | [ ] 820 Copyrights | [ ] 410 Antitrust |
| [ ] 150 Recovery of Overpayment & Enforcement of Judgment | [ ] 330 Federal Employers' Liability | [ ] 368 Asbestos Personal Injury Product Liability | | [ ] 830 Patent | [ ] 430 Banks and Banking |
| [ ] 151 Medicare Act | [ ] 340 Marine | | | [ ] 835 Patent - Abbreviated New Drug Application | [ ] 450 Commerce |
| [ ] 152 Recovery of Defaulted Student Loans (Excludes Veterans) | [ ] 345 Marine Product Liability | **PERSONAL PROPERTY** | **LABOR** | [ ] 840 Trademark | [ ] 460 Deportation |
| [ ] 153 Recovery of Overpayment of Veteran's Benefits | [ ] 350 Motor Vehicle | [x] 370 Other Fraud | [ ] 710 Fair Labor Standards Act | [ ] 880 Defend Trade Secrets Act of 2016 | [ ] 470 Racketeer Influenced and Corrupt Organizations |
| [ ] 160 Stockholders' Suits | [ ] 355 Motor Vehicle Product Liability | [ ] 371 Truth in Lending | [ ] 720 Labor/Management Relations | | [ ] 480 Consumer Credit (15 USC 1681 or 1692) |
| [ ] 190 Other Contract | [ ] 360 Other Personal Injury | [ ] 380 Other Personal Property Damage | [ ] 740 Railway Labor Act | **SOCIAL SECURITY** | [ ] 485 Telephone Consumer Protection Act |
| [ ] 195 Contract Product Liability | [ ] 362 Personal Injury - Medical Malpractice | [ ] 385 Property Damage Product Liability | [ ] 751 Family and Medical Leave Act | [ ] 861 HIA (1395ff) | [ ] 490 Cable/Sat TV |
| [ ] 196 Franchise | | | [ ] 790 Other Labor Litigation | [ ] 862 Black Lung (923) | [ ] 850 Securities/Commodities/ Exchange |
| | | | [ ] 791 Employee Retirement Income Security Act | [ ] 863 DIWC/DIWW (405(g)) | [ ] 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | | [ ] 864 SSID Title XVI | [ ] 891 Agricultural Acts |
| [ ] 210 Land Condemnation | [ ] 440 Other Civil Rights | **Habeas Corpus:** | | [ ] 865 RSI (405(g)) | [ ] 893 Environmental Matters |
| [ ] 220 Foreclosure | [ ] 441 Voting | [ ] 463 Alien Detainee | | **FEDERAL TAX SUITS** | [ ] 895 Freedom of Information Act |
| [ ] 230 Rent Lease & Ejectment | [ ] 442 Employment | [ ] 510 Motions to Vacate Sentence | | [ ] 870 Taxes (U.S. Plaintiff or Defendant) | [ ] 896 Arbitration |
| [ ] 240 Torts to Land | [ ] 443 Housing/ Accommodations | [ ] 530 General | | [ ] 871 IRS—Third Party 26 USC 7609 | [ ] 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| [ ] 245 Tort Product Liability | [ ] 445 Amer. w/Disabilities - Employment | [ ] 535 Death Penalty | **IMMIGRATION** | | |
| [ ] 290 All Other Real Property | [ ] 446 Amer. w/Disabilities - Other | **Other:** | [ ] 462 Naturalization Application | | [ ] 950 Constitutionality of State Statutes |
| | [ ] 448 Education | [ ] 540 Mandamus & Other | [ ] 465 Other Immigration Actions | | |
| | | [ ] 550 Civil Rights | | | |
| | | [ ] 555 Prison Condition | | | |
| | | [ ] 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- [ ] 1 Original Proceeding
- [x] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another District (specify)
- [ ] 6 Multidistrict Litigation - Transfer
- [ ] 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
28 U.S.C. § 1332(a)(2)

Brief description of cause:
Plaintiff seeks damages from Defendant under a variety of causes of action arising from Defendant's alleged use of certain equipment.

## VII. REQUESTED IN COMPLAINT:
- [ ] CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.
- DEMAND $ _____
- CHECK YES only if demanded in complaint:
- JURY DEMAND: [x] Yes [ ] No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE _____
DOCKET NUMBER _____

DATE: December 15, 2022
SIGNATURE OF ATTORNEY OF RECORD: /s/ Tim R. Shattuck

**FOR OFFICE USE ONLY**

RECEIPT # _____  AMOUNT _____  APPLYING IFP _____  JUDGE _____  MAG. JUDGE _____