UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

| | | |
|---|---|---|
| ZANWAT EQUIPMENT, LLC, | * | |
| | * | Case No. 4:22-cv-4171 |
| Plaintiff, | * | |
| | * | **JOINT MOTION FOR DISMISSAL** |
| vs. | * | |
| | * | |
| BOSS FEEDS, LTD, BRETT STEWART, | * | |
| and BURKE NISH, | * | |
| | * | |
| Defendants. | * | |

Plaintiff, Zanwat Equipment, LLC, by and through its undersigned attorneys, and Defendants, Boss Feeds, LTD, Brett Stewart, and Burke Nish, by and through their undersigned attorneys, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), jointly stipulate, agree, and move for the Court to enter an Order dismissing the above-entitled action on the merits with prejudice and with each party bearing their own costs, expenses, and attorneys' fees.

Dated this 21st day August, 2024.

                                   /s/ David J. Hieb
                                   Paul W. Tschetter
                                   David J. Hieb
                                   BOYCE LAW FIRM, L.L.P.
                                   300 S. Main Avenue
                                   P.O. Box 5015
                                   Sioux Falls, SD 57117-5015
                                   (605) 336-2424
                                   pwtschetter@boycelaw.com
                                   djhieb@boycelaw.com
                                   *Attorneys for Plaintiff*

Dated this 20th day August, 2024.

                                                                              
Tim R. Shattuck
Drew A. Driesen
PO Box 5027
300 South Phillips Avenue, Suite 300
Sioux Falls, SD 57117-5027
Phone: (605) 366-3890
Fax: (605) 339-3357
Email: Tim.Shattuck@woodsfuller.com
Email: Drew.Driesen@woodsfuller.com
*Attorneys for Defendants*