UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION

| | |
|---|---|
| ZANWAT EQUIPMENT, LLC,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>BOSS FEEDS, LTD, BRETT STEWART, BURKE NISH,<br><br>　　　　　Defendants. | 4:22-CV-04171-RAL<br><br>JUDGMENT OF DISMISSAL |

On August 21, 2024, the parties filed a Stipulation for Dismissal, Doc. 72. Based on the request of the parties, it is hereby

ORDERED, ADJUDGED AND DECREED that this case is dismissed on its merits, with prejudice and without taxation of costs, and that Judgment of Dismissal hereby enters under Rules 54 and 58 of the Federal Rules of Civil Procedure.

DATED this 22nd day of August, 2024.

BY THE COURT:

_____
ROBERTO A. LANGE
CHIEF JUDGE